

# NUMBER 13-21-00452-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE REYNALDO GONZALEZ JR.

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Longoria, Hinojosa, and Tijerina**
**Order Per Curiam**

On December 17, 2021, relator Reynaldo Gonzalez Jr. filed an emergency petition for writ of mandamus through which he asserts that Morgan Graham, County Chair of the Cameron County Republican Party, erred in rejecting relator's application for a place on the 2022 Republican Primary Ballot. Relator requests emergency consideration of this mandamus prior to January 8, 2022, in order to preserve his rights given the temporal constraints of the election process.

The Court, having examined and fully considered relator's request for emergency consideration, is of the opinion that it should be granted. Accordingly, we grant relator's

request for emergency relief, and we will consider this matter on expedient terms.

The Court requests that the real party in interest, Graham, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of the business day on December 30, 2021. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
17th day of December, 2021.